IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

STACEY POTTER, )
)
      Plaintiff, )
)
v. ) Case No. 08-CV-674-GKF-TLW
)
SYNERLINK CORPORATION, )
f/k/a PREFERRED REPS, INC., )
and PREFERRED SALES AGENCY, LTD., )
)
      Defendants. )

## AMENDED JUDGMENT

Pursuant to the court's minute order of September 10, 2010 [Doc. No. 166], granting plaintiff's oral motion for summary judgment on her claim for vacation pay, the parties' Agreed Motion to Enter Judgment on the vacation pay claim [Doc. No. 206], the jury verdict in favor of plaintiff on her claim for unpaid commissions [Doc. No. 196], and the court's order of February 11, 2011, granting in part plaintiff's Request to Tax Pre-Judgment Interest and granting the Agreed Motion to Enter Judgment [Doc. No. 213],

IT IS ORDERED that the plaintiff, Stacey Potter, recover from the defendants, Synerlink Corporation and Preferred Sales Agency, Ltd., on her claim for unpaid commissions the amount of Forty Seven Thousand Two Hundred Forty-Four Dollars and Eighty-Three Cents ($47,244.83), with prejudgment interest at the rate of 0.14% from November 14, 2010, to December 31, 2010, and at a rate of 0.13% from January 1, 2011 to February 11, 2011, and post-judgment interest at the rate of 0.28%, along with reasonable attorney's fees and costs, and on her claim for unpaid vacation pay in the amount of Six Thousand Dollars ($6,000.00), with prejudgment interest at a rate of 0.14% from November 14, 2010, through December 31, 2010,

and at a rate of 0.13% from January 1, 2011 to February 11, 2011, and post-judgment interest at a rate of 0.28%,

ENTERED this 11th day of February, 2011.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma